UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
                                   :
WALTER ANDERSON,                   :
                                   :    Civil Action No. 11-4789 (RMB)
          Petitioner,              :
                                   :
     v.                            :         **O R D E R**
                                   :
J.T. SHARTLE,                      :
                                   :
          Respondent.              :
_____:


    For the reasons expressed in the Opinion issued this same day;

    IT IS on this **14th** day of **March 2012**;

    **ORDERED** that the Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is hereby denied; and it is further

    **ORDERED** that Petitioner's pending motions for summary judgment (docket entries 2 and 3) are dismissed as moot; and it is finally

    **ORDERED** that the Clerk of the Court will close the this case.

                                          s/Renée Marie Bumb
                                          RENÉE MARIE BUMB
                                          United States District Judge